**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 893 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARCUS LEE GRAHAM, :
:
Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 894 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARCUS LEE GRAHAM, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.